CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 13 2016

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONELL J. BLOUNT, SR., | ) |
| | ) Civil Action No. 7:16cv00124 |
| Plaintiff, | ) |
| | ) MEMORANDUM OPINION |
| v. | ) |
| | ) |
| WARDEN L. FLEMING, et al., | ) By: Hon. Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendants. | |

Donell J. Blount, Sr. proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered March 29, 2016, the court granted plaintiff's motion for extension of time to submit the required inmate account report and a certified copy of the plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Nor has the plaintiff moved for an additional extension. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Order to plaintiff.

ENTER: This 13th day of April, 2016.

/s/ Glen E. Conrad
Chief United States District Judge