CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

APR 13 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **DONELL J. BLOUNT, SR.,** | Civil Action No. 7:16cv00124 |
| Plaintiff, | |
| | **DISMISSAL ORDER** |
| v. | |
| | By: Hon. Glen E. Conrad |
| **WARDEN L. FLEMING, et al.,** | Chief United States District Judge |
| Defendants. | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply, and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 13th day of April, 2016.

/s/ Glen E. Conrad
Chief United States District Judge